# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFERY MILES

NO. 2025 KW 0912

**NOVEMBER 17, 2025**

---

In Re:   Jeffery Miles, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 45,032.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT